FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WILLIAM ENRIQUEZ, et al.,          )          NO. ED CV 07-78-VAP(E)
                                   )
              Plaintiffs,          )
                                   )
         v.                        )          ORDER ADOPTING FINDINGS,
                                   )
BOB DOYLE, et al.,                 )          CONCLUSIONS AND RECOMMENDATIONS
                                   )
              Defendants.          )          OF UNITED STATES MAGISTRATE JUDGE
                                   )
_____)

        IT IS ORDERED that:  (1) the Report and Recommendation of
the Magistrate Judge is approved and adopted; and (2) Judgment
shall be entered dismissing the action without prejudice.


        IT IS FURTHER ORDERED that the Clerk serve forthwith a copy
of this Order and the Judgment of this date on the Plaintiff and
counsel for Defendant.

        DATED:  March 13                    , 2008.


                         Virginia A Phillips
                         VIRGINIA A. PHILLIPS
                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11  WILLIAM ENRIQUEZ, et al.,        )      NO. ED CV 07-78-VAP(E)
                                     )
12                   Plaintiffs,     )
                                     )
13       v.                          )      REPORT AND RECOMMENDATION OF
                                     )
14  BOB DOYLE, et al.,               )      UNITED STATES MAGISTRATE JUDGE
                                     )
15                   Defendants.     )
    ─────────────────────────────── )
16

17       This Report and Recommendation is submitted to the Honorable

18  Virginia A. Phillips, United States District Judge, pursuant to

19  28 U.S.C. § 636 and General Order 05-07 of the United States District

20  Court for the Central District of California.

21

22                         **PROCEEDINGS**

23

24       On September 13, 2007, Plaintiff filed a Third Amended Complaint.

25  By Memorandum and Order filed December 26, 2007, the Court granted in

26  part and denied in part Defendant's Motion to Dismiss the Third

27  Amended Complaint.  The Memorandum and Order required Plaintiff to

28  file a Fourth Amended Complaint if Plaintiff wished to pursue the

action.  The Memorandum and Order notified Plaintiff that failure to file a Fourth Amended Complaint within thirty (30) days of December 26, 2007, could result in the dismissal of this action.  Plaintiff did not file a Fourth Amended Complaint within the allotted time.

### DISCUSSION

The action should be dismissed without prejudice.  The Third Amended Complaint is defective for the reasons stated in the Memorandum and Order.  Plaintiff has not filed a Fourth Amended Complaint within the allotted time.  The Court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962); see Fed. R. Civ. P. 41(b).

### RECOMMENDATION

For all of the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing the action without prejudice.

DATED:  February 6, 2008.


_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2

**NOTICE**

     Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number.  No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.