FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM ENRIQUEZ, et al.,              )   NO. ED CV 07-78-VAP(E)
                                       )
                    Plaintiffs,        )
                                       )
        v.                             )        JUDGMENT
                                       )
BOB DOYLE, et al.,                     )
                                       )
                    Defendants.        )
_____)

        IT IS ADJUDGED that the action is dismissed without
prejudice.


        DATED:  March 13_____, 2008.


                        _Virginia A. Phillips_____
                        VIRGINIA A. PHILLIPS
                        UNITED STATES DISTRICT JUDGE